IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO. 5:12-CV-684-D

UNITED STATES OF AMERICA, )
)
        Plaintiff, )
)
v. )
)
FOFANAH-BALDE MISCELLANEOUS )
PERSONAL PROPERTY AND $14.00 )
IN U.S. CURRENCY, )
)
        Defendants. )

## DEFAULT

Upon motion and proper showing by the attorney for the plaintiff, the United States of America, default is hereby entered against the defendants (fully described in Attachment ! (sic) to the Declaration of Special Agent Stanley Crowder in the Complaint) for having failed to appear, plead, or otherwise defend as provided by Rule 55 of the Federal Rules of Civil Procedure.

This the 20th day of March, 2013.

BY: _____
JULIE A. RICHARDS, Clerk of Court
United States District Court